**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Bankruptcy No. 26-22412-JCM |
| Maranda Lynn Moyle, | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| Maranda Lynn Moyle, | : | Adv. Proc. No. 26-02125-JCM |
| Plaintiff, | : | |
| | : | Related to Doc. No. 1 |
| v. | : | |
| | : | |
| United States Department of Education, | : | |
| Defendant. | : | |
| | : | |

**ORDER DETERMINING THAT THE PLAINTIFF'S STUDENT LOAN DEBT IS DISCHARGEABLE**

**AND NOW**, upon consideration of the Complaint to Determine Dischargeability of Student Loan Debt Under 11 U.S.C. § 523(a)(8) filed by Plaintiff Maranda Lynn Moyle at ECF No. 1, it is hereby **ORDERED** that:

1. Judgment is entered in favor of the Plaintiff, Maranda Lynn Moyle, and against the Defendant, the United States Department of Education.

2. The Plaintiff's debt to the Defendant on the two Direct Consolidation Loans disbursed on July 29, 2020, is dischargeable under 11 U.S.C. § 523(a)(8) and is included in the Plaintiff's discharge under 11 U.S.C. § 727.

Date: ________________________________

John C. Melaragno
United States Bankruptcy Judge