**Form 315**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Maranda Lynn Moyle**<br>*Debtor(s)*<br><br>**Maranda Lynn Moyle**<br><br>*Plaintiff(s),*<br><br>v.<br>**U.S. Department of Education**<br><br>*Defendant(s).* | Bankruptcy Case No.: 26−22412−JCM<br>Chapter: 7<br>Adversary Proceeding No.:<br>26−02125−JCM<br>First Pretrial Hearing: Jan. 14, 2027 at<br>02:00 PM |

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To: U.S. Department of Education**
**400 Maryland Ave SW**
**Washington, DC 20202**

**YOU ARE HEREBY SUMMONED AND REQUIRED TO FILE WITH THE CLERK OF THE BANKRUPTCY COURT** and serve upon the Plaintiff's attorney or Plaintiff, if no attorney, a ***Motion*** or ***Answer*** to the *Complaint* which is attached to this Summons ***within 30 days after the date of issuance of this Summons,*** except that the United States and its officers and agencies shall submit a Motion or Answer to the *Complaint* within 35 days. ***Electronic filing is mandatory*** in the Western District of Pennsylvania for attorneys entering an appearance. *See W.PA.LBR 5005−1.*

Address of Clerk

Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

If you file a Motion, then your time to answer the *Complaint* is governed by *Bankruptcy Rule 7012.*

***ANSWERS ARE DUE ON OR BEFORE N/A*** and ***December 21, 2026*** for the United States. ***FAILURE TO FILE*** an Answer may result in the Court entering a default judgment.

***IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.***

Dated: November 12, 2026

Michael R. Rhodes
*Clerk, U.S. Bankruptcy Court*