**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Bankruptcy No. 26-22412-JCM |
| Maranda Lynn Moyle, | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| Maranda Lynn Moyle, | : | Adv. Proc. No. 26-02125-JCM |
| Plaintiff, | : | |
| | : | Related to Doc. No. 1 |
| v. | : | |
| | : | Hearing Date and Time: |
| United States Department of Education, | : | January 14, 2027, at 2:00 p.m. |
| Defendant. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT, AND FIRST PRETRIAL ORDER**

I certify under penalty of perjury that I served the Summons, the Complaint to Determine Dischargeability of Student Loan Debt Under 11 U.S.C. § 523(a)(8) (Doc. No. 1), and the First Pretrial Order on the parties at the addresses specified below on November 13, 2026.

The types of service made on the parties were certified mail and first-class mail. This certificate groups the parties by the type of service.

**Service by Certified Mail**

Hon. Linda McMahon
Secretary of Education
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202-0001
Certified Mail No. 9207 1901 4298 0411 5217 21

**Service by First-Class Mail**

Hon. Linda McMahon
Secretary of Education
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202-0001

Civil Process Clerk
The United States Attorney
633 Joseph F. Weis, Jr. United States Courthouse
Pittsburgh, PA 15219-1955

The Attorney General of the United States
Civil Division, Bankruptcy Section
U.S. Department of Justice
Washington, DC 20530

EXECUTED ON: November 13, 2026

By: /s/ Michael I. Assad

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
ID No. 330937 (PA)